ACCEPTED
01-15-00317-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 3:22:39 PM
CHRISTOPHER PRINE
CLERK

**Cause No. 01-15-00317-CR**

**IN THE COURT OF APPEALS**
**FOR THE**
**FIRST JUDICIAL DISTRICT OF TEXAS**
**AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 3:22:39 PM
CHRISTOPHER A. PRINE
Clerk

**ANDREAS MARCOPOULOS,**
**Appellant**

**v.**

**THE STATE OF TEXAS,**
**Appellee.**

**Appeal from Cause No. 1440970**
**In the 248th District of**
**Harris County, Texas**

**APPELLANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE FIRST DISTRICT COURT OF APPEALS:

Appellant, **ANDREAS MARCOPOULOS**, by and through his Counsel of Record, **CARMEN ROE and ROBERT FICKMAN**, files this Motion to Extend Time to File Brief For Appellant and in support shows this Court the following:

**I.**

Appellant was charged with possession of a controlled substance in Cause No. 1440970 in the 248th District Court of Harris County Texas. Appellant entered a plea of

guilty and was placed on deferred adjudication probation for three (3) years.

## II.

The Reporter's Record was filed on June 22, 2015 and the Clerk's Record was filed on June 24, 2015. Appellant's Brief is currently due on August 20, 2015, after one extension was granted.

## III.

Appellant requests an extension of thirty (30) days until September 21, 2015 to file its brief. Counsel requests the additional time because undersigned counsel has the following briefs do in the next 30 days: *State v. Mashood Uddin, State v. Jordan Nichols, State .v Christopher Redmond Reply Brief* as well as writs of habeas corpus in *Ex parte Michael Hill*, *Ex parte Bryant Williams*, and *Ex parte Jerrell Bell.* For all these reasons, Counsel is unable to submit the Appellant's Brief on the due date and hereby requests an extension of time.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court extend the time for filing Appellant's Brief in this cause until September 21, 2015.

**RESPECTFULLY SUBMITTED,**

*/s/ Carmen Roe*

_____

**CARMEN ROE**
**CARMEN ROE LAW FIRM**
SBN: 24048773
440 Louisiana, Suite 900
Houston, Texas 77002
713.236.7755 Phone
713.236.7756 Fax
carmen@carmenroe.com

*/s/ Robert Fickman*

_____

**ROBERT FICKMAN**
SBN: 06956500
1229 Heights Boulevard
Houston, Texas 77008
713.655.7400 Phone
713.224.5533 Fax
rfickman@gmail.com

**ATTORNEYS FOR APPELLANT**
**ANDREAS MARCOPOULOS**


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served upon the

Harris County District Attorney, Appellate Division, 1201 Franklin Street, Houston,

Texas 77002, on August 21, 2015.

*/s/ Carmen Roe*

_____

**CARMEN ROE**